UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
STUART HOWARD GOLLINGER,

                            Plaintiff,

        -against-                                                23 **CIVIL** 8561 (JPC)

                                                                     **JUDGMENT**

JP MORGAN CHASE BANK, N.A.,

                            Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 29, 2024, Plaintiff has failed to respond to these orders or to otherwise take any action to further his case. The Court therefore dismisses this case without prejudice.

**Dated:**  New York, New York

      April 29, 2024

                                                              **RUBY J. KRAJICK**

                                                                  Clerk of Court

                              **BY:**

                                                              **Deputy Clerk**